IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| GREGORY GENE BILLETDEAUX and | : | Bankruptcy No. 25-70311 JAD |
| LORRI SUE BILLETDEAUX | : | |
|     Debtor | : | |
| | : | |
| | : | Chapter 13 |
| GREGORY GENE BILLETDEAUX and | : | |
| LORRIE SUE BILLETDEAUX | : | |
|     Movant | : | |
| | : | Related to Document No. 13 |
| v. | : | |
| | : | Doc. No. 16 |
| | : | |
| NO RESPONDENT | : | |

## CERTIFICATE OF SERVICE OF REQUEST TO RESTRICT PUBLIC ACCESS TO DOCUMENT #4

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **22 August 2025.**

The types of service made on the parties was:

**USPS First Class Mail:**

Gregory Gene Billetdeaux
Lori Sue Billetdeaux
375 Village Road
Friedens, PA 15541

Date: 22 August 2025               Respectfully Submitted,

/s/ Jeffrey W. Ross Esq.
Jeffrey W. Ross, Esq.
PA Bar ID No. 201479
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA 15501
T 814-444-0500
F 814-444-0600
jross@shepleylaw.com