**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| GREGORY GENE BILLETDEAUX and | : | Bankruptcy No. 25-70311 JAD |
| LORRIE SUE BILLETDEAUX | : | |
| Debtors | : | |
| | : | |
| GREGORY GENE BILLETDEAUX and | : | |
| LORRIE SUE BILLETDEAUX | : | |
| Movants | : | |
| | : | Chapter 13 |
| | : | |
| | : | Doc. No. 40 |
| vs. | : | |
| | : | |
| PENNYMAC LOAN SERVICES, LLC | : | |
| Respondent | : | |
| | : | Related to Claim No. 21 |
| | : | |
| and | : | |
| | : | |
| RONDA J. WINNECOUR, | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Additional Respondent | : | |

**DECLARATION REGARDING MONTHLY PAYMENT CHANGE**

AND NOW, come the Debtors, Gregory Gene Billetdeaux and Lori Sue Billetdeaux, by and through their attorney, Jeffrey W. Ross, Esq. and Harold Shepley & Associates, LLC, and respectfully files the within Declaration Regarding Monthly Payment Change and, in support, represents as follows:

1.  The Debtors are Gregory Gene Billetdeaux and Lorie Sue Billetdeaux, presently residing at 375 Village Road, Friedens, PA 15541.

2.  Counsel for the Debtors is Jeffrey W. Ross, Esq. of Harold Shepley & Associates, LLC.

3.  The mortgage servicer for the Debtors' residence is PennyMac Loan Service, LLC

4.  The new post-petition monthly payment payable to PennyMac Loan Services, LLC.

beginning 1 September 2026 is $10.22 <u>more</u> than current required payment encompassing interest, principal and escrow.

5. Debtor's counsel has reviewed the existing plan, recomputed the plan payment and finds that the existing payment continues to be sufficient to fund the plan.

Date:  27 July  2026

/s/ Jeffrey W. Ross
Jeffrey W. Ross, Esq.
PA ID  201479
Harold Shepley & Associates, LLC
209 West Patriot Street
Somerset, PA  15501
T 814- 444-0500
F 814-444-0600
jross@shepleylaw.com