**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Gregory Gene Billetdeaux
Lorrie Sue Billetdeaux aka Lorrie Fisher aka Lorrie Barta
Debtor(s)

BK. NO. 25-70311 JAD

CHAPTER 13

PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns
Movant
v.
Gregory Gene Billetdeaux
Lorrie Sue Billetdeaux aka Lorrie Fisher aka Lorrie Barta
Respondent
and
Ronda J. Winnecour, Trustee
Additional Respondent

Related to Doc. #45

**DEFAULT O/E JAD**

**ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This 3rd day of September, 2026, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362, with respect to premises, 375 Village Road, Friedens, PA 15541.

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a certificate of Service.

United States Bankruptcy Judge sjk
Jeffery A. Deller

cc: Matthew Fissel
mfissel@kmllawgroup.com
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Attorney for Movant/Applicant

FILED
9/3/26 12:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Gregory Gene Billetdeaux
Lorrie Sue Billetdeaux
Debtors

Case No. 25-70311-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7 User: auto Page 1 of 2
Date Rcvd: Sep 03, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory Gene Billetdeaux, Lorrie Sue Billetdeaux, 375 Village Road, Friedens, PA 15541-7212 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey Wayne Ross | on behalf of Debtor Gregory Gene Billetdeaux jross@shepleylaw.com bk@shepleylaw.com |
| Jeffrey Wayne Ross | on behalf of Joint Debtor Lorrie Sue Billetdeaux jross@shepleylaw.com bk@shepleylaw.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5